UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JACKSON, et al.,

       Plaintiffs,                           Case No. 1:12-cv-1134

v.                                               HON. JANET T. NEFF

RICK SNYDER, et al.,

       Defendants.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiffs filed a Motion for Exemption from Exhaustion Requirement (Dkt 42) and Motion for Preliminary Injunction (Dkt 44). The matter was referred to the Magistrate Judge, who issued Report and Recommendations on June 14, 2013, recommending that this Court deny Plaintiffs' motions (Dkts 64, 67). The Report and Recommendations were duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendations of the Magistrate Judge (Dkts 64, 67) are APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Exemption from Exhaustion Requirement (Dkt 42) and Motion for Preliminary Injunction (Dkt 44) are DENIED.

Dated: July 11, 2013                                     /s/Janet T. Neff
                                                                  JANET T. NEFF
                                                                   United States District Judge