UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JACKSON, et al.,

       Plaintiffs,                          Case No. 1:12-cv-1134

v.                                            HON. JANET T. NEFF

RICK SNYDER, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiffs filed a Second Motion for Preliminary Injunction (Dkt 75). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 8, 2013, recommending that this Court deny Plaintiffs' motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 88) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' Second Motion for Preliminary Injunction (Dkt 75) is DENIED.


Dated: November 4, 2013                                    /s/Janet T. Neff
                                                                          JANET T. NEFF
                                                                          United States District Judge