UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JACKSON, et al.,

      Plaintiffs,                         Case No. 1:12-cv-1134

v.                                          HON. JANET T. NEFF

RICK SNYDER, et al.,

      Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff Richards filed a Motion for Preliminary Injunction (Dkt 103). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 28, 2014 recommending that this Court deny Plaintiff Richards' motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 108) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Richards' Motion for Preliminary Injunction (Dkt 103) is DENIED.

Dated: April 24, 2014                                 /s/Janet T. Neff
                                                             JANET T. NEFF
                                                              United States District Judge